UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL BROWN, JR.,

Plaintiff,

v.

ASCENSION MACOMB-OAKLAND HOSPITAL, et al.,

Defendants.
_______________________________/

Case No. 2:24-cv-13390

Honorable Susan K. DeClercq
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (ECF Nos. 41 and 43), GRANTING DEFENDANT ASCENSION MACOMB-OAKLAND HOSPITAL'S MOTION FOR SUMMARY JUDGMENT (ECF No. 38), AND DISMISSING DEFENDANT GUPTA FOR FAILURE TO PROSECUTE**

On August 12, 2026, Magistrate Judge Kimberly G. Altman issued a report, ECF No. 41, recommending that this Court grant Defendant Ascension Macomb-Oakland Hospital's Motion for Summary Judgment, ECF No. 38. Judge Altman concluded that Ascension was entitled to summary judgment on Plaintiff Daniel Brown, Jr.'s claims under the Americans with Disabilities Act, the Emergency Medical Treatment and Labor Act, and the Fourteenth Amendment, as well as his state-law medical-malpractice claim. Judge Altman also concluded that dismissal was warranted based on Brown's failure to prosecute. *Id.* On August 25, 2026, Judge Altman issued a second report, ECF No. 43, recommending that Defendant Dr. Punit Gupta be dismissed without prejudice for failure to prosecute because Brown took

no action regarding Dr. Gupta after being ordered to show cause and having been warned that failure to respond would result in a recommendation of dismissal.

Judge Altman informed the Parties of their rights to object to both reports and recommendations within 14 days. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Altman's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court will adopt both recommendations in full because it finds no clear error in either. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 41, is **ADOPTED**. It is therefore **ORDERED** that Ascension Macomb-Oakland Hospital's Motion for Summary Judgment is GRANTED.

Further, it is **ORDERED** that the Report and Recommendation, ECF. No. 43, is **ADOPTED**. It is therefore **ORDERED** that Defendant Punit Gupta is **DISMISSED** for failure to prosecute.

**This is a final order and closes this case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 15, 2026